IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN PROVINCE and RONALD HOWARD, </br></br>    Plaintiffs, </br></br>vs. </br></br>MIDLAND FUNDING LLC and MIDLAND CREDIT MANAGEMENT, INC., </br></br>    Defendants. | Civil Action No. 3:20-cv-110 </br> Judge Stephanie L. Haines |

**ORDER OF COURT**

AND NOW, this 28th day of September, 2021, Defendants having filed a motion to compel arbitration or, in the alternative, to dismiss Plaintiffs' complaint [Doc. 11], IT IS ORDERED that Plaintiffs shall file a response to Defendants' motion no later than **October 18, 2021**. Any reply to the response shall be filed no later than October 25, 2021. No sur-replies are permitted except by leave of court.

                   */s/ Stephanie L. Haines*
                   Stephanie L. Haines
                   United States District Judge

cc/ecf: All counsel of record